

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00431-CV

**IN RE THE ESTATE OF ROSALINDA M. DANIELS, AN INCAPACITATED PERSON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

Delivered and Filed: July 10, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On June 26, 2019, relator filed a petition for writ of mandamus and a motion for stay of the underlying proceedings pending final resolution of the petition for writ of mandamus. Mandamus is an extraordinary remedy that will be granted only to correct a clear abuse of discretion when there is no other adequate remedy at law. *In re Sw. Bell Tel. Co., L.P.*, 235 S.W.3d 619, 623 (Tex. 2007) (orig. proceeding). The relator bears the burden of proving these two requirements. *In re CSX Corp.*, 124 S.W.3d 149, 151 (Tex. 2003) (orig. proceeding) (per curiam). After considering the petition, this court concludes relator did not satisfy its burden and, therefore, is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for temporary relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2014-PC-0367, styled *In The Guardianship of Rosalinda M. Daniels, Incapacitated Person*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Oscar J. Kazen presiding.